No. 76–941. GIBSON, SHERIFF *v.* SMALL. C. A. 4th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Codd* v. *Velger,* 429 U. S. 624 (1977). 

No. D–46. IN RE DISBARMENT OF MARDIAN. It having been reported to the Court that the Supreme Court of California and the United States District Court for the District of Columbia have vacated their orders suspending Robert Charles Mardian from the practice of law, it is ordered that the order of this Court entered March 31, 1975 [420 U. S. 1001], suspending Robert Charles Mardian from the further practice of law in this Court is vacated and that the rule to show cause issued March 31, 1975, is discharged. MR. JUSTICE REHNQUIST took no part in the consideration or decision of this order.

No. 75–1126. TRANS WORLD AIRLINES, INC. *v.* HARDISON ET AL.; and

No. 75–1385. INTERNATIONAL ASSOCIATION OF MACHINISTS & AEROSPACE WORKERS, AFL–CIO, ET AL. *v.* HARDISON ET AL. C. A. 8th Cir. [Certiorari granted, 429 U. S. 958.] Motions of New York State Division of Human Rights, Central Conference of American Rabbis et al., General Conference of Seventh-Day Adventists, and American Civil Liberties Union for leave to file briefs as *amici curiae* granted.

No. 75–1771. COMMISSIONER OF INTERNAL REVENUE *v.* STANDARD LIFE & ACCIDENT INSURANCE Co. C. A. 10th Cir. [Certiorari granted, 429 U. S. 814.] Motion of Acting Solicitor General for additional time for oral argument on behalf of petitioner granted and 15 additional minutes allotted for that purpose. Respondent also granted 15 additional minutes for oral argument.